**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

**Date: 5/9/05**

**In re:   Case No.:   05–20749 ESD    Chapter:   7**

Lester Delmont                                                                           Marie Delmont
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 1 – Chapter 7 Voluntary Petition, Schedules A–J & Statement of Financial Affairs Fee Amount $ 209 filed by Adam M. Freiman on behalf of Lester Delmont , Marie Delmont . (Freiman, Adam)

PROBLEM: The above pleading was filed electronically (via the internet) through the Court's Case Management Electronic Case Filing system. This electronic pleading was filed using the log–in and password of an attorney who has not entered an appearance as co–counsel in the case. This pleading was filed in violation of Administrative Order 03–02, Exhibit A; Part IV A–2 and Part IX –B which has the effect of binding the attorney submitting the electronic pleading and the original signed pleading retained by the attorney of record as the official court record. The Clerk has accepted the deficient pleading as required by Federal Bankruptcy Rules 5005(a) or 7005. There will be no consideration of the deficient electronic pleading until the electronic filer enters an appearance in the case as co–counsel or until a replacement pleading is filed with the court in the required electronic format according to Administrative Order 04–01. Requirements for hearing dates and response periods will commence on the date the cured pleading(s) has been filed.

CURE: The defective pleading must be cured in accordance with the requirements of Administrative Order 03–02, Exhibit A, Part IV, A–2 and IX–B by the cure date show below.

CONSEQUENCE: If the problem is not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 5/19/05.**

**Additional information for non–attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx .**

Deputy Clerk: *edevine*

cc:   Lester Delmont
      Marie Delmont
      Adam M. Freiman, Esquire

Form defntcmd (03/05)