**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)          Case Number **05–20749**

### UNITED STATES BANKRUPTCY COURT
District of Maryland

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/6/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lester Delmont<br>*debtor has no known aliases*<br>966 Joshua Tree Court<br>Owings Mills, MD 21117 | Marie Delmont<br>*debtor has no known aliases*<br>966 Joshua Tree Court<br>Owings Mills, MD 21117 |
| Case Number:<br>05–20749   esd | Social Security/Taxpayer ID Nos.:<br>xxx–xx–1328<br>xxx–xx–1720 |
| Attorney for Debtor(s) (name and address):<br>Adam M. Freiman<br>Sirody, Freiman & Feldman, P.C.<br>1777 Reisterstown Road<br>Suite 360 E<br>Baltimore, MD 21208<br>Telephone number: (410) 415–0445 | Bankruptcy Trustee (name and address):<br>Zvi Guttman<br>c/o The Law Offices of Zvi Guttman, P.A.<br>P. O. Box 32308<br>Baltimore, MD 21282–2308<br>Telephone number: (410) 580–0500 |

### Meeting of Creditors:
Date: **May 31, 2005**          Location: **300 W. Pratt, #375, , Baltimore, MD 21201**
Time: **01:00 PM**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 8/1/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Baltimore Division<br>101 West Lombard Street, Ste. 8303<br>Baltimore, MD 21201<br>Telephone number: (410) 962–2688 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark D. Sammons |
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 5/9/05 |

## EXPLANATIONS

FORM B9A (12/03)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: edevine              Page 1 of 2                Date Rcvd: May 09, 2005
Case: 05-20749                 Form ID: B9A               Total Served: 63
```

```
The following entities were served by first class mail on May 11, 2005.
db         +Lester Delmont,    966 Joshua Tree Court,     Owings Mills, MD 21117-1758
db         +Marie Delmont,     966 Joshua Tree Court,     Owings Mills, MD 21117-1758
aty        +Adam M. Freiman,    Sirody, Freiman & Feldman,P.C.,    1777 Reisterstown Road,    Suite 360 E,
             Baltimore, MD 21208-1306
tr          Zvi Guttman,    c/o The Law Offices of Zvi Guttman, P.A.,    P. O. Box 32308,
             Baltimore, MD  21282-2308
23284246   +AT&T Wireless,    PO Box 8220,    Aurora, IL 60572-8220
23284243   +Adams Tree Service,    8411 Philadelphia Road,    Baltimore, MD 21237-3012
23284244   +Alltel Communications,    PO Box 725069,    Atlanta, GA 31139-2069
23284245    American Express,    PO Box 7871,    Fort Lauderdale, FL 33329
23284250   +BGE,    PO Box 1475,    Baltimore, MD 21203-1475
23284247   +BankFirst,    PO Box 3023,    Hutchinson, KS 67504-3023
23284248   +Bellsouth,    85 Annex,    Atlanta, GA 30385-0002
23284249   +Berkeley Co.,    c/o Charleston Collection Services,    104 Berkeley Square Lane,    Suite 149,
             Goose Creek, SC 29445-2958
23284251   +Blair Credit,    PO Box 67555,    Harrisburg, PA 17106-7555
23284252   +Book Span,    PO Box 988,    Harrisburg, PA 17108-0988
23284253   +Brent Humphrey,    c/o Charleston Collection Services,    104 Berkeley Square Lane,    Suite 149,
             Goose Creek, SC 29445-2958
23284255   +Certegy Payment Recovery Systems, Inc.,    PO Box 2844,    Tuscaloosa, AL 35403-2844
23284256   +Charleston Radiologists,    2230 Technical Parkway,    Charleston, SC 29406-4930
23284257   +Childrens Dentistry,    7465 Northside Drive,    North Charleston, SC 29420-4293
23284258   +Citifinancial,    11436 Cronill Drive,    Suite 11,    Owings Mills, MD 21117-2285
23284259   +Comcast Cable,    8031 Corporate Drive,    Nottingham, MD 21236-4986
23284260   +Commissioner of Public Works,    PO Box 13,    Charleston, SC 29402-0013
23285225   +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
             Baltimore, MD 21201-2305
23284261   +Crowfield Family Footcare,    103 Springhall Drive,    Goose Creek, SC 29445-5336
23284262   +Crown Electric,    2027 Greenpring Drive,    Lutherville Timonium, MD 21093-4156
23285228   +Deputy County Attorney,    Baltimore County Office of Law,    400 Washington Avenue, 2nd Floor,
             Towson, MD 21204-4606
23284263   +Disney House Club,    PO Box 738,    Neenah, WI 54957-0738
23284264   +Figi's,    7 Penn Plaza,    New York, NY 10001-3967
23284265   +Fingerhut,    PO Box 2900,    Saint Cloud, MN 56395-0001
23284266   +First Financial,    1305 Main Street,    Stevens Point, WI 54481-2830
23284267   +Florida Power & Light,    PO Box 025576,    Miami, FL 33102-5576
23284268   +GBMC,    PO Box 630716,    Baltimore, MD 21263-0716
23284269   +GE Auto Finance,    PO Box 310,    Barrington, IL 60011-0310
23284271   +Harry Electric/Online Info Services,    202 W. Firetower,    Winterville, NC 28590-8412
23284272   +Harry Telephone,    PO Box 1820,    Conway, SC 29528-1820
23284273   +Henry & Ellen Jung,    5103 Braeburn Way,    Perry Hall, MD 21128-8829
23284275   +Knology of Charleston,    4200 International Parkway,    Carrollton, TX 75007-1912
23284276   +Lowcountry Orthopaedics,    2880 Tricom Street,    Charleston, SC 29406-9171
23284277   +Main Street Pediatrics,    515 Fairmount Avenue,    Suite 200,    Towson, MD 21286-8503
23284278    Manatee Company,    18167 US Highway 19,    Suite 200,    Towson, MD 21286
23284279   +Manatee OBGYN,    3621 Webber Street,    Sarasota, FL 34232-4412
23284280   +Medical Health Care,    1058 Claussen Road,    Suite 10,    Augusta, GA 30907-0300
23284281   +Myrtle Beach Medical,    2915 Professional Parkway,    Augusta, GA 30907-6521
23284282   +OSI Portfolio/Helig Meyers,    PO Box 105460,    Atlanta, GA 30348-5460
23284283   +Palma Sola Vet,    6116 Manatee Avenue,    Bradenton, FL 34209-2419
23284284   +Palmetto Ped,    PO Box 1764,    Spartanburg, SC 29304-1764
23284285   +Providian,    PO Box 160758,    Austin, TX 78716-0758
23284286   +SCE&G,    Columbia, SC 29218-0001
23284291   +SVCS Bank,    1305 Main Street,    Suite 7,    Stevens Point, WI 54481-2830
23284287   +Scholastic,    PO Box 8901,    Westbury, NY 11590-8901
23284288   +St. Joseph's Medical Center,    7601 Osler Drive,    Towson, MD 21204-7578
23284289   +State of MD,    Comptroller of the Treasury,    301 West Preston Street,    Room 409,
             Baltimore, MD 21201-2305
23285227   +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
             Baltimore, MD 21201-2201
23284290   +Suncom,    2425 Commerce Avenue,    Suite 10,    Duluth, GA 30096-4980
23285226    Supervisor of Delin. Accts.,    Rm. 1 Municipal Building,    Holliday & Lexington Streets,
             Baltimore, MD 21202
23284292   +Time Warner Cable,    PO Box 580471,    Charlotte, NC 28258-0471
23284293   +Trident Medical,    9313 Medical Park Drive,    North Charleston, SC 29406-7129
23284297   +WFS Financial/Vital Recovery,    PO Box 923747,    Norcross, GA 30010-3747
23284296   +Weekly Reader,    3001 Cindel Drive,    Riverside, NJ 08075-1185
The following entities were served by electronic transmission on May 09, 2005 and receipt of the transmission
was confirmed on:
23284244   +EDI: ALLTEL.COM May 09 2005 17:15:00      Alltel Communications,    PO Box 725069,
             Atlanta, GA 31139-2069
23284254   +EDI: CAPITALONE.COM May 09 2005 17:17:00      Capital One,    PO Box 85147,    Richmond, VA 23276-0001
23284265   +EDI: TSYS2.COM May 09 2005 17:17:00      Fingerhut,    PO Box 2900,    Saint Cloud, MN 56395-0001
23284270   +EDI: AFNIVERIZON.COM May 09 2005 17:16:00      GTE Telephone,    PO Box 30350,    Tampa, FL 33630-3350
23284274   +EDI: IRS.COM May 09 2005 17:15:00      IRS,    Insolvency,    31 Hopkins Plaza, Rm. 1150,
             Baltimore, MD 21201-2892
23284294   +EDI: AFNIVERIZONE.COM May 09 2005 17:15:00      Verizon,    PO Box 17577,    Baltimore, MD 21297-0513
23284295   +EDI: FUNB.COM May 09 2005 17:17:00      Wachovia Bank,    PO Box 13765,    Roanoke, VA 24037-3765
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

```
District/off: 0416-1          User: edevine              Page 2 of 2              Date Rcvd: May 09, 2005
Case: 05-20749                Form ID: B9A               Total Served: 63

                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2005**                      **Signature:**      _Joseph Speetjens_