DELMONMD0001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

IN RE: MARIE DELMONT           :   CHAPTER: 7
                               :
                               :
                               :   BANKRUPTCY NO: 05-20749

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

American Express Centurion Bank
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

By:   /s/Gilbert B. Weisman
      _____
      Gilbert B. Weisman, Esquire, PA59872
      Becket and Lee LLP, Attorneys/Agent
      P.O. BOX 3001
      MALVERN, PA  19355-0701
      PHONE:   (610) 644-7800
      FAX  :   (610) 993-8493
      EMAIL:   notices@becket-lee.com

      DATE: July 12, 2005

PET: 05/06/2005

OPT